[No. 6,796.—Department No. 1.]

## LONG *v.* SERRANO ET AL.

PARTIES—JUDGMENT BY DEFAULT.—In an action against several defendants, all of whom were served and defaulted, *held*, that the clerk had no authority to enter judgment against one only.

APPEAL by the defendant Pico, from a judgment for the plaintiff, in the Seventeenth District Court, County of Los Angeles. SEPULVEDA, J.

The action was brought upon a promissory note made by the defendants Serrano, and Bilderrain, and Pio Pico. All the de-

fendants were served and their defaults duly entered, and judgment by default was entered by the clerk against the defendant Pico.

*Glassell, Smith & Smith,* for Appellant:

Cited *Stearns* v. *Aguirre,* 7 Cal. 443; Code Civ. Proc. §§ 585, 414; *Chipman* v. *Bowman,* 14 Cal. 153: *Ke'ly* v. *Van Austin,* 17 id. 566; *Glidden* v. *Packard,* 28 id. 652; *Welsh* v. *Kirkpatrick,* 30 id. 205; *Willson* v. *Cleaveland,* id. 198; *People* v. *Evans,* 29 id. 429; Chitty on Plead. (31) (33).

*Hutton & Godfrey,* for Respondent, made no argument.

By the COURT (from the Bench):

On the authority of *Stearns* v. *Aguirre,* 7 Cal. 443, and cases subsequently decided, the judgment is reversed and cause remanded.